# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| D. DEATON, et al. )<br>)<br>  Appellants )<br>)<br>v. )<br>)<br>AGNES CHAPPELL, et al. )<br>)<br>  Appellees )<br>) | APPEAL NO. 23-13622-A |

## MOTION TO WITHDRAW THE MOTION TO WITHDRAW AS APPELLATE COUNSEL FOR APPELLEE HOPE FOR HEALING, LLC

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Below is a list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this particular appeal:

1. Alan D. Blotcky Ph.D. LLC (Defendant)

2. Armstead, Averie (Counsel for Jessica Kirk Drennan, Amanda Duncan, Kirk.Drennan P.C., and Bay Area Christian Counseling)

3. Balch & Bingham (Counsel for Marcus Jones)

4. Bainbridge Mims Rogers & Smith LLP (Counsel for Bay Area Christian Counseling)

5. Bay Area Christian Counseling (Defendant)

6. Beeman Law Firm (Counsel for Everett Wess and The Wess Law Firm, P.C.)

7. Beeman III, Robert L. (Counsel for Everett Wess and The Wess Law Firm, P.C.)

8. Benton, Centeno & Morris, LLP (Counsel for Compton Wilson, Renee Wilson, Erika Goldman and Southern Maryland Dredging, Inc.)

9. Blotcky, Alan (Defendant)

10. Bolvig, C. Peter (Counsel for Alan Blotcky)

11. Brantley, Clotele (Defendant)

12. Brantley, Madison (Defendant)

13. Buck Jr., Thomas Winchester H. (Counsel for Hope for Healing, LLC)

14. Bullock, Susan W. (Counsel for St. Anne's School of Annapolis Incorporated, Connie Coker and Andrea Weiss)

15. Caroline O. Taylor P.C. (Defendant)

16. Carr Allison (Counsel for Jessica Kirk Drennan, Amanda Duncan and Kirk.Drennan P.C.)

17. Cash, Stan (Counsel for Marcus Jones)

18. Centeno, Douglas (Counsel for Compton Wilson, Renee Wilson, Erika Goldman and Southern Maryland Dredging, Inc.)

19. Chappell, Agnes (Defendant)

20. Clark, Jay (Defendant)

21. Clark May Price Lawley Duncan & Paul, LLC (Counsel for Deegan Malone)

22. CPE Clinic LLC (Defendant)

23. Coker, Connie (Defendant)

24. Crew, Wendy (Defendant)

25. Crew Gentle Law P.C. (Defendant)

26. Crew Law Group (Defendant)

27. Crittenden, Judith (Defendant)

28. Dagney Johnson Law Group, LLC (Counsel for Clotele Brantley and Hardy Law Firm)

29. Dana, John G. (Counsel for Caroline Taylor and Caroline O. Taylor, P.C.)

30. Davidson, Kim (Defendant)

31. Deaton, D. (Appellant)

32. Dominick Feld Hyde, P.C. (Counsel Wendy Crew, Christina Vineyard, Crew Gentle Law P.C., and Crew Law Group)

33. Drennan, Jessica Kirk (Defendant)

34. Driver, Joseph H. (Counsel for Jessica Kirk Drennan, Amanda Duncan and Kirk.Drennan P.C.)

35. Dukes, Carter H. (Counsel for Michael Labellarte and CPE Clinic LLC)

36. Duncan, Amanda (Defendant)

37. Elkins, Cameron Wayne (Counsel for Patricia Stephens, Alisha Ruffin May, Madison Brantley and Agnes Chappell)

38. Fann, Heather (Defendant)

39. Feldman, Christian C. (Counsel for Michael Labellarte and CPE Clinic LLC)

40. Felming III, William Mellor Bains (Counsel for Dale Maynard)

41. Flachsbart, Elizabeth (Counsel for Marcus Jones)

42. Ford Harrison (Counsel for St. Anne's School of Annapolis Incorporated, Connie Coker and Andrea Weiss)

43. Gilliland, Scott (Counsel for Kim Davidson and Kim Davidson Law Office, LLC)

44. G.M.W. (Appellant)

45. Goldman, Erika (Defendant)

46. Gordon, Dana & Gilmore, LLC (Counsel for Caroline Taylor and Caroline O.Taylor, P.C.)

47. Gordon Rees Scully Mansukhani, LLP (Counsel for Defendants, Paige Yarbrough, Deborah Gregory, Laura Montgomery Lee, Judith Crittenden and Crittenden Partners, P.C.)

48. Gregory, Deborah (Defendant)

49. Hall Booth Smith P.C. (Counsel for Caroline Taylor, Caroline O. Taylor, P.C. and Alan Blotcky)

50. Hope for Healing LLC (Defendant)

51. Huie Fernambucq & Stewart, P.C. (Counsel for Thomas McKnight, Jr., Jay Clark, Gary Lee and Wallace Jordan Ratliff and Brandt, LLC)

52. Irwin III, P. Anthony (Counsel for Deegan Malone)

53. J.K.D. (Appellant)

54. Johnson, Dagney (Counsel for Clotele Brantley and Hardy Law Firm)

55. Jones, Marcus (Defendant)

56. Kellner, David (Defendant)

57. Kim Davidson Law Office LLC (Defendant)

58. Kirk.Drennan P.C. (Defendant)

59. Labellarte, Michael (Defendant)

60. Langrall, Craig (Defendant)

61. Law Office of Scott Gilliland (Counsel for Kim Davidson and Kim Davidson Law Office, LLC)

62. Lee, Laura Montgomery (Defendant)

63. Lee, Gary (Defendant)

64. L.W.D. (Appellant)

65. Mackenzie, Robert P. (Counsel for Jessica Kirk Drennan, Amanda Duncan, Kirk.Drennan P.C., and Bay Area Christian Counseling)

66. Malone, Deegan (Defendant)

67. Mashburn, Robert Eric (Defendant)

68. May, Alisha Ruffin (Defendant)

69. Maynard, Dale (Defendant)

70. Maynard Nexsen PC (Counsel for Hope for Healing, LLC)

71. McAlister, David L. (Counsel for Jessica Kirk Drennan, Amanda Duncan and Kirk.Drennan P.C.)

72. McKnight Jr., Thomas (Defendant)

73. Miller, Terri (Defendant)

74. Moon, Stacy (Counsel for Defendants, Paige Yarbrough, Deborah Gregory, Laura Montgomery Lee, Judith Crittenden and Crittenden Partners, P.C.)

75. Norman Wood Kendrick & Turner (Counsel for Dale Maynard)

76. Office of the Attorney General of Alabama (Counsel for Patricia Stephens, Alisha Ruffin May, Madison Brantley and Agnes Chappell)

77. Paul, Eris Bryan (Counsel for Deegan Malone)

78. Peake, T. (Appellant)

79. Proctor, Hon. R. David (District Court Judge)

80. Ragsdale, Barry A. (Counsel Wendy Crew, Christina Vineyard, Crew Gentle Law P.C., and Crew Law Group)

81. R.E.D. (Appellant)

82. Redmond, Wesley (Counsel for St. Anne's School of Annapolis Incorporated, Connie Coker and Andrea Weiss)

83. Ritcher, Jeremy (Counsel for Defendants, Paige Yarbrough, Deborah Gregory, Laura Montgomery Lee, Judith Crittenden and Crittenden Partners, P.C.)

84. Rogers, Bruce (Counsel for Heather Fann)

85. Ronnlund, Robert M. (Counsel for Terri Miller)

86. Scott Dukes & Geisler, P.C. (Counsel for Michael Labellarte and CPE Clinic LLC)

87. Scott Sullivan Streetman & Fox, P.C. (Counsel for Terri Miller)

88. Segers, Jennifer D. (Counsel for Thomas McKnight, Jr., Jay Clark, Gary Lee and Wallace Jordan Ratliff and Brandt, LLC)

89. Solace Family Counseling LLC (Defendant)

90. Southern Maryland Dredging Inc. (Defendant)

91. St. Anne's School of Annapolis Incorporated (Defendant)

92. Starnes Davis Florie, LLP (Counsel for Jessica Kirk Drennan, Amanda Duncan, Kirk Drennan P.C., and Bay Area Christian Counseling)

93. Stott & Harrington, P.C. (Counsel for Defendants, Wendy Crew, Christina Vineyard, Crew Gentle Law, P.C., and Crew Law Group)

94. Stott, Joseph F. (Counsel for Defendants, Wendy Crew, Christina Vineyard,and Crew Gentle Law, P.C., and Crew Law Group)

95. Stephens, Patricia (Defendant)

96. Taylor, Caroline (Defendant)

97. Terenzi, Elizabeth Nicholson (Counsel for Heather Fann)

98. The Crittenden Firm P.C. (Defendant)

99. The Hardy Law Firm LLC (Defendant)

100. The Wess Law Firm P.C. (Defendant)

101. Tindle Firm, LLC (Counsel for Appellants)

102. Tindle, Scott L. (Counsel for Appellants)

103. Vance III, Robert Smith (Counsel Wendy Crew, Christina Vineyard, Crew Gentle Law P.C., and Crew Law Group)

104. Vineyard, Christina (Defendant)

105. Wallace Jordan Ratliff & Brandt LLC (Defendant)

106. Weiss, Andrea (Defendant)

107. Wells Jr., Huey Thomas (Counsel for Hope for Healing, LLC)

108. Wess, Everett (Defendant)

109. Williams, Carl (Counsel for Caroline Taylor and Caroline O. Taylor, P.C.)

110. Wilmer & Lee, P.A. (Counsel for David Kellner and Solace Family Counseling LLC)

111. Wilson, Renee (Defendant)

112. Wilson, Compton (Defendant)

113. Wood Jr., Robert V. (Counsel for David Kellner and Solace Family Counseling LLC)

114. Wyatt, Carolyn (Defendant)

115. Wyatt, Gary (Defendant)

116. Yarbrough, Paige (Defendant)

117. Zwilling, Melisa (Counsel for Jessica Kirk Drennan, Amanda Duncan and Kirk.Drennan P.C.)

Appellee Hope for Healing, LLC states that no publicly traded company or corporation has interest in the outcome of this case or appeal.

Pursuant to Eleventh Circuit I.O.P. 27.7, H. Thomas Wells, Jr. and Thomas W.H. Buck, Jr. (collectively, "Counsel") respectfully move to withdraw their motion to withdraw as appellate counsel for Appellee Hope for Healing, LLC, which was filed earlier today in this Court. In support of this request, Counsel state that their motion to withdraw was filed in error.

Respectfully submitted,

*/s/ H. Thomas Wells, Jr.*
Counsel for Appellee Hope
for Healing, LLC

*/s/ Thomas W.H. Buck, Jr.*
Counsel for Appellee Hope
for Healing, LLC

**OF COUNSEL:**

H. Thomas Wells, Jr.
Thomas W.H. Buck, Jr.
**MAYNARD NEXSEN PC**
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203
(205) 254-1000
(205) 254-1999 (fax)
twells@maynardnexsen.com
tbuck@maynardnexsen.com

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the applicable type-volume limitation under Federal Rules of Appellate Procedure 32(c)(1) and 27(d)(2). According to the word-count feature in Microsoft Word 2016, the relevant parts of this motion contain 58 words.

This motion complies with the typeface requirements of Federal Rules of Appellate Procedure 32(c), 27(d)(1)(E), and 32(a)(5) and the typestyle requirements of Federal Rules of Appellate Procedure 32(c), 27(d)(1)(E), and 32(a)(6). I prepared this motion in Century Schoolbook font, a proportionally spaced typeface. I used 14-point type.

/s/ Thomas W.H. Buck, Jr.<br>OF COUNSEL

**CERTIFICATE OF SERVICE**

On November 27, 2023, I e-filed this brief with the Court via CM/ECF, which will serve all counsel of record.

/s/ Thomas W.H. Buck, Jr.
OF COUNSEL
