No. 23-13622-A

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

---

D. Deaton, et al.,

*Plaintiffs-Appellants,*

v.

Agnes Chappell, et al.

*Defendants-Appellees.*

Appeal from the United States District Court for the
Northern District of Alabama

No. 2:23-cv-00713-RDP

---

## MOTION FOR ADDITIONAL TIME FOR
## ORAL ARGUMENT AND DIVISION OF ARGUMENT

---

Stacy L. Moon
Jeremy W. Richter
GORDON REES SCULLY MANSUKHANI, LLP
420 20th Street North – Suite 2200
Birmingham, AL 35203
Telephone: (205) 980-8200

*Attorneys for Appellees*
Paige Yarbrough, Deborah Gregory, Laura
Montgomery Lee, Judith Crittenden and
Crittenden Partners, P.C.

**Certificate of Interested Persons and
Corporate Disclosure Statement**

1.      Alan D. Blotcky Ph.D. LLC (Defendant)

2.      Armstead, Averie (Counsel for Jessica Kirk Drennan, Amanda Duncan, Kirk Drennan P.C., and Bay Area Christian Counseling)

3.      Balch & Bingham (Counsel for Marcus Jones)

4.      Bainbridge Mims Rogers & Smith LLP (Counsel for Bay Area Christian Counseling)

5.      Bay Area Christian Counseling (Defendant)

6.      Beeman Law Firm (Counsel for Everett Wess and The Wess Law Firm, P.C.)

7.      Beeman III, Robert L. (Counsel for Everett Wess and The Wess Law Firm, P.C.)

8.      Benton, Centeno & Morris, LLP (Counsel for Compton Wilson, Renee Wilson, Erika Goldman and Southern Maryland Dredging, Inc.)

9.      Blotcky, Alan (Defendant)

10.     Bolvig, C. Peter (Counsel for Alan Blotcky)

11.     Brantley, Clotele (Defendant)

12.     Brantley, Madison (Defendant)

13.     Bullock, Susan W. (Counsel for St. Anne's School of Annapolis Incorporated, Connie Coker and Andrea Weiss)

14.     Caroline O. Taylor P.C. (Defendant)

15.     Carr Allison (Counsel for Jessica Kirk Drennan, Amanda Duncan and Kirk.Drennan P.C.)

16.     Cash, Stan (Counsel for Marcus Jones)

17.    Centeno, Douglas (Counsel for Compton Wilson, Renee Wilson, Erika Goldman and Southern Maryland Dredging, Inc.)

18.    Chappell, Agnes (Defendant)

19.    Clark, Jay (Defendant)

20.    Clark May Price Lawley Duncan & Paul, LLC (Counsel for Deegan Malone)

21.    CPE Clinic LLC (Defendant)

22.    Coker, Connie (Defendant)

23.    Crew, Wendy (Defendant)

24.    Crew Gentle Law P.C. (Defendant)

25.    Crew Law Group (Defendant)

26.    Crittenden, Judith (Defendant)

27.    Crittenden Partners, P.C. (Defendant)

28.    Dagney Johnson Law Group, LLC (Counsel for Clotele Brantley and Hardy Law Firm)

29.    Dana, John G. (Counsel for Caroline Taylor and Caroline O. Taylor, P.C.)

30.    Davidson, Kim (Defendant)

31.    Deaton, D. (Appellant)

32.    Dominick Feld Hyde, P.C. (Counsel Wendy Crew, Christina Vineyard, Crew Gentle Law P.C., and Crew Law Group)

33.    Drennan, Jessica Kirk (Defendant)

34.    Driver, Joseph H. (Counsel for Jessica Kirk Drennan, Amanda Duncan and Kirk.Drennan P.C.)

35.    Dukes, Carter H. (Counsel for Michael Labellarte and CPE Clinic LLC)

36.    Duncan, Amanda (Defendant)

37. Elkins, Cameron Wayne (Counsel for Patricia Stephens, Alisha Ruffin May, Madison Brantley and Agnes Chappell)

38. Fann, Heather (Defendant)

39. Feldman, Christian C. (Counsel for Michael Labellarte and CPE Clinic LLC)

40. Flachsbart, Elizabeth (Counsel for Marcus Jones)

41. Ford Harrison (Counsel for St. Anne's School of Annapolis Incorporated, Connie Coker and Andrea Weiss)

42. Gilliland, Scott (Counsel for Kim Davidson and Kim Davidson Law Office, LLC)

43. G.M.W. (Appellant)

44. Goldman, Erika (Defendant)

45. Gordon, Dana & Gilmore, LLC (Counsel for Caroline Taylor and Caroline O. Taylor, P.C.)

46. Gordon Rees Scully Mansukhani, LLP (Counsel for Paige Yarbrough, Deborah Gregory, Laura Montgomery Lee, Judith Crittenden and Crittenden Partners, P.C.)

47. Gregory, Deborah (Defendant)

48. Hall Booth Smith P.C. (Counsel for Caroline Taylor, Caroline O. Taylor, P.C. and Alan Blotcky)

49. Hope for Healing LLC (Defendant)

50. Huie Fernambucq & Stewart, P.C. (Counsel for Thomas McKnight, Jr., Jay Clark, Gary Lee and Wallace Jordan Ratliff and Brandt, LLC)

51. Irwin III, P. Anthony (Counsel for Deegan Malone)

52. J.K.D. (Appellant)

53. Johnson, Dagney (Counsel for Clotele Brantley and Hardy Law Firm)

54. Jones, Marcus (Defendant)

55.   Kellner, David (Defendant)

56.   Kim Davidson Law Office LLC (Defendant)

57.   Kirk.Drennan P.C. (Defendant)

58.   Labellarte, Michael (Defendant)

59.   Langrall, Craig (Defendant)

60.   Law Office of Scott Gilliland (Counsel for Kim Davidson and Kim Davidson Law Office, LLC)

61.   Lee, Laura Montgomery (Defendant)

62.   Lee, Gary (Defendant)

63.   L.W.D. (Appellant)

64.   Mackenzie, Robert P. (Counsel for Jessica Kirk Drennan, Amanda Duncan, Kirk.Drennan P.C., and Bay Area Christian Counseling)

65.   Malone, Deegan (Defendant)

66.   Mashburn, Robert Eric (Defendant)

67.   May, Alisha Ruffin (Defendant)

68.   Maynard, Dale (Defendant)

69.   Maynard Nexsen PC (Counsel for Hope for Healing, LLC)

70.   McAlister, David L. (Counsel for Jessica Kirk Drennan, Amanda Duncan and Kirk.Drennan P.C.)

71.   McKnight Jr., Thomas (Defendant)

72.   Miller, Terri (Defendant)

73.   Moon, Stacy (Counsel for Paige Yarbrough, Deborah Gregory, Laura Montgomery Lee, Judith Crittenden and Crittenden Partners, P.C.)

74.   Norman Wood Kendrick & Turner (Counsel for Dale Maynard)

75.   Office of the Attorney General of Alabama (Counsel for Patricia Stephens,

Alisha Ruffin May, Madison Brantley and Agnes Chappell)

76.   Paul, Eris Bryan (Counsel for Deegan Malone)

77.   Peake, T. (Appellant)

78.   Proctor, Hon. R. David (District Court Judge)

79.   Ragsdale, Barry A. (Counsel Wendy Crew, Christina Vineyard, Crew Gentle Law P.C., and Crew Law Group)

80.   R.E.D. (Appellant)

81.   Redmond, Wesley (Counsel for St. Anne's School of Annapolis Incorporated, Connie Coker and Andrea Weiss)

82.   Richter, Jeremy (Counsel for Paige Yarbrough, Deborah Gregory, Laura Montgomery Lee, Judith Crittenden and Crittenden Partners, P.C.)

83.   Robinett, Matthew W. (Counsel for Dale Maynard and Hope for Healing, LLC)

84.   Rogers, Bruce (Counsel for Heather Fann)

85.   Ronnlund, Robert M. (Counsel for Terri Miller)

86.   Scott Dukes & Geisler, P.C. (Counsel for Michael Labellarte and CPE Clinic LLC)

87.   Scott Sullivan Streetman & Fox, P.C. (Counsel for Terri Miller)

88.   Segers, Jennifer D. (Counsel for Thomas McKnight, Jr., Jay Clark, Gary Lee and Wallace Jordan Ratliff and Brandt, LLC)

89.   Solace Family Counseling LLC (Defendant)

90.   Southern Maryland Dredging Inc. (Defendant)

91.   St. Anne's School of Annapolis Incorporated (Defendant)

92.   Starnes Davis Florie, LLP (Counsel for Jessica Kirk Drennan, Amanda Duncan, Kirk Drennan P.C., and Bay Area Christian Counseling)

93.   Stott & Harrington, P.C. (Counsel for Defendants, Wendy Crew, Christina

Vineyard, Crew Gentle Law, P.C., and Crew Law Group)

94. Stott, Joseph F. (Counsel for Defendants, Wendy Crew, Christina Vineyard, and Crew Gentle Law, P.C., and Crew Law Group)

95. Stephens, Patricia (Defendant)

96. Taylor, Caroline (Defendant)

97. Terenzi, Elizabeth Nicholson (Counsel for Heather Fann)

98. The Hardy Law Firm LLC (Defendant)

99. The Wess Law Firm P.C. (Defendant)

100. Tindle Firm, LLC (Counsel for Appellants)

101. Tindle, Scott L. (Counsel for Appellants)

102. Vance III, Robert Smith (Counsel Wendy Crew, Christina Vineyard, Crew Gentle Law P.C., and Crew Law Group)

103. Vineyard, Christina (Defendant)

104. Wallace Jordan Ratliff & Brandt LLC (Defendant)

105. Weiss, Andrea (Defendant)

106. Wess, Everett (Defendant)

107. Williams, Carl (Counsel for Caroline Taylor and Caroline O. Taylor, P.C.)

108. Wilmer & Lee, P.A. (Counsel for David Kellner and Solace Family Counseling LLC)

109. Wilson, Renee (Defendant)

110. Wilson, Compton (Defendant)

111. Wood Jr., Robert V. (Counsel for David Kellner and Solace Family Counseling LLC)

112. Wyatt, Carolyn (Defendant)

113. Wyatt, Gary (Defendant)

114. Yarbrough, Paige (Defendant)

115. Zwilling, Melisa (Counsel for Jessica Kirk Drennan, Amanda Duncan and Kirk Drennan P.C.)

## Corporate Disclosure Statement

Appellees Paige Yarbrough, Deborah Gregory, Laura Montgomery Lee, and Judith Crittenden are individuals. Crittenden Partners, P.C. is a professional corporation. No corporate parent and or publicly held corporation has any ownership interest in Crittenden Partners, P.C.

# MOTION FOR ADDITIONAL TIME FOR ORAL ARGUMENT AND DIVISION OF ARGUMENT

Pursuant to Rules 27 and 34 of the Federal Rules of Civil Procedure and 11th Circuit Rule 27-1, 34-4, and the associated IOP, on behalf of the Appellees in this matter, Appellees Paige Yarbrough, Deborah Gregory, Laura Montgomery Lee, Judith Crittenden and Crittenden Partners, P.C. ("Crittenden Appellees"), by and through counsel, move this Court for additional time for oral argument from 15 minutes for Appellees to 30 minutes for Appellees and to permit Appellees to divide the issues raised on appeal, subject to the Court's questioning.

In support of this Motion for Additional Time, the Crittenden Appellees say, as follows:

1.    This litigation involves thirty-one (31) claims against fifty-two (52) Appellees, represented by at least twenty-three (23) separate law firms.

2.    Additionally, the Appeal in this matter involves a number of distinct issues, with the District Court's application of the Rooker-Feldman, Younger, and Colorado River Doctrines and the Domestic Relations Exception, covering most, if not all of the parties.

3.    In addition to those four federal doctrines, Judges Patricia Stephens, Alisha May, Agnes Chappell, and Judicial Assistant Madison Brantley raised judicial immunity in the Court below.

4. To ensure all of the Appellees are heard effectively and efficiently, and to ensure that this Court's anticipated questions regarding the application of the legal issues involved in this case, counsel for Appellees have conferred and agreed that all of their interests will be represented, and oral argument presented for all, by dividing the issues into three groupings, with three counsel focused on specific issues.

5. Appellees anticipate their argument to be divided as follows:

| | |
|---|---|
| Douglas Centeno, Counsel for Appellees Compton Wilson, Renee Wilson, Erika Goldman, and Southern Maryland Dredging, Inc. | Issues related to Younger Doctrine and Rooker Feldman Doctrine |
| Stacy Linn Moon, Counsel for Appellees Paige Yarbrough, Deborah Gregory, Laura Montgomery Lee, Judith Crittenden, and Crittenden Partners, PC | Issues related to Colorado River Doctrine and Domestic Relations Exception |
| Dylan Mauldin, Counsel for Patricia Stephens, Alisha Ruffin May, Madison Brantley, and Agnes Chappell | Issues related to Judicial Immunity |

6. While counsel may be prepared to answer questions regarding the subjects argued by other co-counsel, the oral argument would be more efficient if the Panel addressed their questions to the counsel arguing the issues as identified above.

7.	As this Court is aware, oral argument is set for 15 minutes each side, permitting Appellant 15 minutes and all Appellees 15 minutes for oral argument.

8.	In anticipation of the Panel having significant questions regarding all of the above issues, Appellees request that they be given a total of 30 minutes of oral argument, rather than a total of 15 minutes.  Allowing the additional time before the day of argument will allow the Panel to ensure it has time to hear argument and have its questions answered.

9.	Appellees have no objection to Appellant being given an equal amount of additional time to argue their position.

10.	Appellees are aware that requests for additional time is sparingly granted.  However, in light of the number of parties, the number of substantive issues, additional time for oral argument in this matter is appropriate.

11.	Counsel for all Appellees, except Kim Davidson and Kim Davidson Law Office, LLC, have approved the filing of this Motion on their behalf.[1]

12.	Appellant's position on this motion is unknown as the undersigned has not received any response to their email to Appellants' Counsel regarding whether they will oppose the motion.

---

[1] While the undersigned anticipates that the Davidson Appellees will join in this motion, we do not presently have authority to file on their behalf, because we wanted to file the motion in sufficient time for the Court to consider it.

13.     Additionally, scheduling the additional time now, as opposed to going beyond 15 minutes the day of argument, will also ensure the Panel's docket is able to be arranged with the additional time.

Accordingly, and for all of the reasons stated above, Appellees Paige Yarbrough, Deborah Gregory, Laura Montgomery Lee, Judith Crittenden and Crittenden Partners, P.C., on behalf of all Appellees identified above, move this Court for additional time for oral argument, from 15 minutes to 30 minutes, divided into three ten-minute portions.

/s/ *Stacy L. Moon*
Stacy L. Moon (asb-6468-i72s)
Jeremy W. Richter (asb-2572-h93f)
*Counsel for Paige Yarbrough, Deborah Gregory, Laura Montgomery Lee, Judith Crittenden, and Crittenden Partners, P.C.*

OF COUNSEL:
**GORDON REES SCULLY**
**MANSUKHANI, LLP**
420 20th Street North – Suite 2200
Birmingham, AL 35203
smoon@grsm.com
jrichter@grsm.com
Phone: (205) 980-8200
Fax: (205) 383-2816

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

/s/ *Stacy L. Moon*
OF COUNSEL