No. 23-13622

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

---

D. DEATON, T. PEAKE, J.K.D., L.W.D., R.E.D., *et al.*,

*Plaintiffs-Appellants,*

v.

PATRICIA STEPHENS, Judge, 10th Judicial Circuit of Alabama, Domestic Relations, AGNES CHAPPELL, Judge, Municipal Court, City of Birmingham, Alabama, ALISHA RUFFIN MAY, Judge, 10th Judicial Circuit Court of Alabama, Domestic Relations, JESSICA KICK DRENNAN, AMANDA DUNCAN, *et al.*,

*Defendants-Appellees.*

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:23-cv-00713-RDP

---

## PLAINTIFFS-APPELLANTS' UNOPPOSED MOTION TO DISMISS

---

William G. Somerville
Jade E. Sipes
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
1901 Sixth Avenue North, Ste. 2600
Birmingham, Alabama 35203
205-250-8375

*Attorneys for Appellants D. Deaton, T. Peake, J.K.D., L.W.D., R.E.D., and G.M.W.*

1

**Certificate of Interested Persons and Corporate Disclosure Statement**

In accordance with Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1(a)(3) and 26.1-2(b), the undersigned counsel certifies that the following listed persons and parties may have an interest in the outcome of this case:

1.     Alan D. Blotcky, PHD, LLC – Defendant/Appellee

2.     Alabama Attorney General's Office

3.     Bainbridge, Mims, Rogers & Smith, LLP - Law firm for Heather Fann

4.     Balch & Bingham - Law Firm for Marus Jones

5.     Bay Area Christian Counseling – Defendant/Appellee

6.     Beeman, Robert L., II – Counsel for Defendants/Appellees Everett Wess, and the Wess Law Firm, PC

7.     Beeman Law Firm - Law firm and counsel for Everett Wess and The Wess Law Firm, P.C.

8.     Benton, Centeno & Morris, LLP - Law Firm and counsel for Compton Wilson, Erika Goldman, Renee Wilson, and Southern Maryland Dredging, Inc.

9.     Blotcky, Alan – Defendant/Appellee

10.    Bolvig, Christopher Peter – Counsel for Defendant/Appellee Alan Blotcky

11.    Boone, Jess S. – Counsel for Defendant/Appellee Alan Blotcky

12.    Brantley, Clotele – Defendant/Appellee

13.    Brantley, Madison – Defendant/Appellee

14. Buck, Thomas W.H., Jr. – Counsel for Defendant/Appellee Hope for Healing, LLC

15. Bullock, Susan – Counsel for St. Anne's School of Annapolis, Incorporated, Connie Coker, and Andrea Weiss

16. Caroline O. Taylor, PC – Defendant/Appellee

17. Carr Allison, Law Firm and counsel for Kirk Drennan, P.C., Jessica Kirk Drennan, and Amanda Ruck Drennan

18. Cash, Stanley A. – Counsel for Defendant/Appellee Marcus Jones

19. Centeno, Douglas J. – Counsel for Defendants/Appellees Renee Wilson, Compton Wilson, Erika Goldman, and Southern Maryland Dredging, Inc.,

20. Chappell, Agnes – Defendant/Appellee

21. Clark, Jay – Defendant/Appellee

22. Coker, Connie – Defendant/Appellee

23. CPE Clinic, LLC – Defendant/Appellee

24. Crew Gentle Law PC – Defendant/Appellee

25. Crew Law Group – Defendant/Appellee

26. Crew, Wendy – Defendant/Appellee

27. Crittenden, Judith – Defendant/Appellee

28. Crittenden Partners, PC – Defendant/Appellee

29. Dagney Johnson Law Group, Law firm and counsel for Clotele Brantley and The Hardey Law Firm, LLC

30. Dana, John G. – Counsel for Defendants/Appellees Caroline Taylor and Caroline O. Taylor, PC

31. Davidson, Kim – Defendant/Appellee

32. Dazzio, Peter Thomas, Jr. – Counsel for Defendant/Appellee Alan Blotcky

33. Deaton, D. – Plaintiff/Appellant

34. Dominick Feld Hyde, P.C. – Law Firm and Counsel for Wendy Crew, Christina Vineyard, Crew Gentle Law PC, and Crew Law Group

35. Drennan, Jessica Kirk – Defendant/Appellee

36. Driver, Joseph H. – Counsel for Kirk Drennan, P.C., Jessica Kirk Drennan and Amanda Ruck Drennan

37. Dukes, Carter H. – Counsel for Defendants/Appellees Michael Labellarte, and CPE Clinic, LLC

38. Duncan, Amanda – Defendant/Appellee

39. Elkins, Cameron W. – Counsel for Defendants/Appellees Patricia Stephens, Agnes Chappell, Alisha Ruffin May, and Madison Brantley

40. Fann, Heather – Defendant/Appellee

41. Feldman, Christian Collier – Counsel for Defendants/Appellees Michael Labellarte, and CPE Clinic, LLC

42.    Flachsbart, Elizabeth Jones – Counsel for Defendant/Appellee Marcus Jones

43.    Fleming, William Mellor Bains, III – Counsel for Defendant/Appellee Dale Maynard

44.    Ford Harrison, LLP – Law Firm and Counsel for St. Anne's School of Annapolis, Incorporated, Connie Coker, and Andrea Weiss

45.    Gilliland, Scott Alan – Counsel for Defendants/Appellees Kim Davidson, and Kim Davidson Law Office, LLC

46.    G.M.W. – Plaintiff/Appellant

47.    Goldman, Erika – Defendant/Appellee

48.    Gordan, Dana & Gilmore, LLC – Law Firm and counsel for Caroline Taylor and Caroline O. Taylor, P.C.

49.    Gordon Reese Scully Mansukhani, LLP – Law firm and counsel for Paige Yarbrough, Deborah Gregory, Laura Montgomery Lee, Judith Crittenden and Crittenden Partners, PC

50.    Gregory, Deborah – Defendant/Appellee

51.    Hall Booth Smith, P.C. – Law firm and counsel for Terri Miller, Caroline Taylor and Caroline O. Taylor, P.C.

52.    Hardy Law Firm, LLC – Defendant/Appellee

53.    Hope for Healing, LLC – Defendant/Appellee

54. Huie Fernambucq & Stewart, LLP – Law firm and counsel for Gary Lee, Thomas McKnight, Jr. and Jay Clark

55. Irwin, P. Anthony, III – Counsel for Deegan Malone

56. J.K.D. – Plaintiff/Appellant

57. Johnson, Dagney – Counsel for Defendants/Appellees Clotele Brantley and Hardy Law Firm, LLC

58. Jones, Averie Armstead – Counsel for Defendants/Appellees Jessica Kirk Drennan, Amanda Duncan, Kirk Drennan PC, and Bay Area Christian Counseling

59. Jones, Marcus – Defendant/Appellee

60. Kellner, David – Defendant/Appellee

61. Kim Davidson Law Office, LLC – Defendant/Appellee

62. Kirk Drennan PC – Defendant/Appellee

63. Labellarte, Michael – Defendant/Appellee

64. LaCour, Edmund G. – Solicitor General of Alabama

65. Langrall, Craig – Defendant/Appellee – Pro Se

66. Law Office of Scott Gilliland – Law firm and counsel for Kim Davidson and Kim Davidson Law Office, LLC

67. Lee, Gary – Defendant/Appellee

68. Lee, Laura Montgomery – Defendant/Appellee

69. L.W.D. – Plaintiff/Appellant

70. MacKenzie, Robert Preston, III – Attorney for Defendants/Appellees, Jessica Kirck Drennan, Amanda Duncan, Kirk Drennan, PC and Bay Area Christian Counseling

71. Malone, Deegan – Defendant/Appellee

72. Marshall, Steve – Alabama Attorney General

73. Mashburn, Robert Eric – Defendant/Appellee – Pro Se

74. May, Alisha Ruffin – Defendant/Appellee

75. Maynard, Dale – Defendant/Appellee

76. Maynard Nexsen, P.C. – Law firm and counsel for Hope for Healing, LLC

77. McAlister, David Lee – Counsel for Defendants/Appellees Jessica Kirk Drennan, Amanda Duncan, and Kirk Drennan, PC

78. McKnight, Thomas, Jr. – Defendant/Appellee

79. Miller, Terri – Defendant/Appellee

80. Moon, Stacy L. – Counsel for Defendants/Appellees Paige Yarbrough, Deborah Gregory, Laura Montgomery Lee, Judith Crittenden and Crittenden Partners, PC

81. Norman Wood Kendrick & Turner – Law firm and counsel for Dale Maynard

82. Paul, Eris Bryan – Counsel for Defendant/Appellee Deegan Malone

83. Peake, T. – Defendant/Appellant

84. Proctor, R. David. – District Judge, Northern District of Alabama

85. Ragsdale, Barry A. – Counsel for Defendants/Appellees, Wendy Crew, Christina Vineyard, Crew Gentle Law, PC, and Crew Law Group

86. R.E.D. – Plaintiff/Appellant

87. Redmond, Wesley C. – Counsel for Defendants/Appellees Andrea Weiss, Connie Coker, and St. Anne's School of Annapolis, Incorporated

88. Richter, Jeremy W. – Counsel for Defendants/Appellees Paige Yarbrough, Deborah Gregory, Laura Montgomery Lee, Judith Crittenden and Crittenden Partners, PC

89. Rogers, Bruce F. – Counsel for Defendant/Appellee Heather Fann

90. Ronnlund, Robert – Counsel for Defendant/Appellee Terri Miller

91. Scott Dukes & Geisler, P.C. – Law firm and counsel for Michael Labellarte and CPE Clinic, LLC

92. Segers, Jennifer Devereaux – Counsel for Defendants/Appellees Gary Lee, Thomas McKnight, Jr., and Jay Clark

93. Sipes, Jade Eleanor – Counsel for Plaintiffs/Appellants D. Deaton, T. Peake, L.W.D., R.E.D., G.M.W.

94. Solace Family Counseling, LLC – Defendant/Appellee

95. Somerville, William Glassell – Counsel for Plaintiffs/Appellants D. Deaton, T. Peake, L.W.D., R.E.D., G.M.W.

96. Southern Maryland Dredging, Inc. – Defendant/Appellee

97. St. Anne's School of Annapolis Incorporated – Defendant/Appellee

98. Starnes Davis Florie, LLP – Law firm and counsel for Kirk Drennan, P.C., Jessica Kirk Drennan, Amanda Ruck Drennan, and Bay Area Christian Counseling, LLC

99. Stephens, Patricia – Defendant/Appellee

100. Stott, Joseph E. – Counsel for Defendants/Appellees Wendy Crew, Christina Vineyard, Crew Gentle Law, PC, and Crew Law Group

101. Stott & Harrinton PC – Law firm and counsel for Wendy Crew, Christina Vineyard, Crew Gentle Law PC, and Crew Law Group

102. Taylor, Caroline – Defendant/Appellee

103. Terenzi, Elizabeth Nicholson – Counsel for Defendant/Appellee Heather Fann

104. Tindle Firm – Law firm and counsel for Plaintiffs

105. Tindle, Scott Ledell - Counsel for Plaintiffs/Appellants D. Deaton, T. Peake, L.W.D., R.E.D., G.M.W.

106. Vance, Robert Smith, III – Counsel for Defendants/Appellees Wendy Crew, Christina Vineyard, Crew Gentle Law, PC and Crew Law Group

107. Vineyard, Christina – Defendant/Appellee

108. Wallace Jordan Ratliff & Brandt, LLC – Defendant/Appellee

109. Weiss, Andrea – Defendant/Appellee

110. Wells, H. Thomas, Jr. – Counsel for Defendant/Appellee Hope for Healing, LLC

111. Wess, Everett – Defendant/Appellee

112. Wess Law Firm, PC, The – Defendant/Appellee

113. Williams, Carl Christian – Counsel for Defendants/Appellee Caroline Taylor and Caroline O. Taylor, PC

114. Wilmer & Lee, P.A. – Law firm and counsel for David Kellner and Solace Family Counseling, LLC

115. Wilson, Compton – Defendant/Appellee

116. Wilson, Renee – Defendant/Appellee

117. Wood, Robert V., Jr. – Counsel for Defendants/Appellees David Kellner, and Solace Family Counseling, LLC

118. Wright, Ethan Robert – Counsel for Defendant/Appellee Alan Blotcky

119. Wyatt, Carolyn – Defendant/Appellee – Pro Se

120. Wyatt, Gary – Defendant/Appellee – Pro Se

121. Yarbrough, Paige – Defendant/Appellee

122. Zwilling, Melisa C. – Counsel for Defendants/Appellees Jessica Kirk Drennan, Amanda Duncan, and Kirk Drennan, PC

## UNOPPOSED MOTION TO DISMISS

Pursuant to Federal Rule of Appellate Procedure 42(b) and 11th Cir. R. 42-1(a), Plaintiffs-Appellants D. Deaton, T. Peake, L.W.D., R.E.D., and G.M.W. respectfully move this Court to dismiss the appeal, without prejudice, and tax costs as paid. This motion is unopposed by all parties represented by counsel.

For the foregoing reasons, Plaintiffs-Appellants D. Deaton, T. Peake, L.W.D., R.E.D., and G.M.W. request this Court to enter an Order dismissing this appeal. Pursuant to 11th Cir. R. 27-1(a)(5), moving counsel state that this motion is unopposed by all parties represented by counsel and those Defendants-Appellees have no objection to the relief sought.

Respectfully submitted on May 1, 2025,

/s/ William G. Somerville
WILLIAM G. SOMERVILLE
Alabama Bar No. asb-6185-e63w
wsomerville@bakerdonelson.com
JADE E. SIPES
Alabama Bar No. asb-2546-o10r
jsipes@bakerdonelson.com

BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
1901 Sixth Avenue North, Ste. 2600
Birmingham, Alabama 35226
Tel:  (205) 328-0480
Fax: (205) 322-8007

*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing **Plaintiffs-Appellants' Unopposed Motion To Dismiss** complies with all typeface and type-volume requirements set forth in Fed. R. App. P. 32.

/s/ William G. Somerville
OF COUNSEL

## CERTIFICATE OF SERVICE

I certify that on May 1, 2025, I served a true copy of the foregoing **Plaintiffs-Appellants' Unopposed Motion To Dismiss** upon all Registered Users via the CM/ECF system and upon the following pro se Defendants-Appellees via U.S. mail:

Mr. Craig Langrall
PO Box 16
Tracy's Landing, MD 20779

Carolyn Wyatt
1945 Indian Lake Drive
Birmingham, AL 35244

Gary Wyatt
1945 Indian Lake Drive
Birmingham, AL 35244

Robert Eric Mashburn
324 Barkwood Trace
Trussville, AL 35173

/s/ William G. Somerville
OF COUNSEL
